**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORATOIRES DERMO-COSMETIK, INC., <br><br>  Plaintiff, <br><br> v. <br><br> GLENN C. PETRIE, doing business as A Beautiful Face by Glenn and A Beautiful Face Skin Care <br><br>  Defendant. <br> _____/ | No. C 03-02604 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

On August 30, 2005, Plaintiff Laboratoires Dermo-Cosmetik, Inc. ("LDC") filed an application for entry of judgment against Defendant Glenn C. Petrie ("Petrie") for failure to make payments required under the Consent Judgment and Permanent Injunction and the Settlement Agreement. The Court HEREBY ORDERS that Petrie shall file and serve an opposition or statement of non-opposition to LDC's application by no later than September 30, 2005. LDC may file a reply by no later than October 7, 2005. The Court will set a hearing on this matter if necessary.

**IT IS SO ORDERED.**

Dated: September 14, 2005

JEFFREY S. WHITE
by Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE