**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORATOIRES DERMO-COSMETIK, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLENN C. PETRIE, doing business as A Beautiful Face by Glenn and A Beautiful Face Skin Care <br><br> Defendant. <br> _____/ | No. C 03-02604 JSW <br><br> **ORDER GRANTING PLAINTIFF'S APPLICATION FOR ENTRY OF JUDGMENT** |

    Now before the Court is Plaintiff Laboratoires Dermo-Cosmetik, Inc. ("LDC")'s application for entry of judgment against Defendant Glenn C. Petrie ("Petrie") for failure to make payments required under the Consent Judgment and Permanent Injunction and the Settlement Agreement. Despite the Court order issued on September 14, 2005 directing Petrie to file an opposition or statement of non-opposition by no later than September 30, 2005, Petrie has not done either.

    Pursuant to the Consent Judgment and Permanent Injunction and the Settlement Agreement entered into by the parties, Petrie was required to pay LDC $3,333 by May 1, 2004, $3,333 by May 1, 2005, and $6,667 by May 1, 2006. (Declaration of Louise Belle-Isle, Ex. A.) LDC sent Petrie a notice on default on June 17, 2005 based on Petrie's failure to pay $3,333 by

May 1, 2005. Petrie has not yet made the payment required by May 1, 2005. (*Id.*, ¶¶ 5-6.)

Accordingly, the Court HEREBY GRANTS Plaintiffs' application for entry of judgment.

**IT IS SO ORDERED.**

Dated: October 24, 2005

JEFFREY S. WHITE
by Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE