```
COOPER, WHITE & COOPER LLP
MARCY J. BERGMAN (SBN 75826)
MERRIT M. JONES (SBN 209033)
201 California Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 433-1900
Telecopier: (415) 433-5530
```

Attorneys for Plaintiff
LABORATOIRES DERMO-COSMETIK, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| LABORATOIRES DERMO-COSMETIK, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLENN C. PETRIE, doing business as A Beautiful Face by Glenn and A Beautiful Face Skin Care, <br><br> Defendant. | CASE NO. C03-2604-JSW <br><br> [~~PROPOSED~~] ORDER ENTERING JUDGMENT AGAINST DEFENDANT GLENN C. PETRIE |

The Application of Plaintiff Laboratoires Dermo-Cosmetik, Inc. ("LDC") for entry of judgment against defendant Glenn C. Petrie ("Petrie") has come before this Court. Based on the Application and the supporting Declaration of Louise Belle-Isle and exhibits thereto, judgment is hereby entered against Petrie in the amount of $10,000.

IT IS SO ORDERED.

Dated: October 24, 2005

*/s/ Jeffrey S. White*
The Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

---